## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-----------------------------------------------------------------X
ALTAIR GLOBAL CREDIT OPPORTUNITIES )
FUND (A), LLC, ANDALUSIAN GLOBAL )
DESIGNATED ACTIVITY COMPANY, CROWN )
MANAGED ACCOUNTS FOR AND ON BEHALF )     **No. 17-970 C**
OF CROWN/PW SP, GLENDON OPPORTUNITIES )
FUND, L.P., LMA SPC FOR AND ON BEHALF OF )   **Judge Hertling**
MAP 98 SEGREGATED PORTFOLIO, MASON )
CAPITAL MASTER FUND LP, NOKOTA CAPITAL)
MAST ER FUND, L.P., OAKTREE-FORREST )
MULTI-STRATEGY, LLC (SERIES B), OAKTREE )
OPPORTUNITIES FUND IX, L.P., OAKTREE )
OPPORTUNITIES FUND IX (PARALLEL 2), L.P., )
OAKTREE VALUE OPPORTUNITIES FUND, L.P., )
OCEANA MASTER FUND LTD., OCHER ROSE, )
L.L.C., PENTWATER MERGER ARBI TRAGE )
MASTER FUND LTD., PWCM MASTER FUND )
LTD., AND SV CREDIT, L.P., )
)
   Plaintiffs, )

    -against-

THE UNITED STATES OF AMERICA,

   Defendant.

-----------------------------------------------------------------X

## <u>CONSENT MOTION TO SUBSTITUTE ATTORNEY OF RECORD</u>

In accordance with Court of Federal Claims Rule 83.1(c)(4)(A), Altair Global Credit

Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Crown

Managed Accounts for and on behalf of Crown/PW SP, Glendon Opportunities Fund, L.P., LMA

SPC for and on behalf of Map 98 Segregated Portfolio, Mason Capital Master Fund LP, Nokota

Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree

Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value

Opportunities Fund, L.P., Oceana Master Fund Ltd., Ocher Rose, L.L.C., Pentwater Merger

Arbitrage Master Fund Ltd., PWCM Master Fund Ltd., and SV Credit, L.P., (the "Plaintiffs")

respectfully move the Court to substitute the attorney of record in the above-captioned matter. David R. Fox should now be designated as *Attorney of Record*.

As required by Rule 83.1(c)(4)(A)(i), this motion is supported by Sparkle L. Sooknanan's written consent for substitution (attached hereto as <u>Exhibit A</u>) and David R. Fox's affidavit of appointment (attached hereto as <u>Exhibit B</u>). Accordingly, Plaintiffs respectfully request that the Court substitute David R. Fox as *Attorney of Record*, and that all future filings, correspondence, and orders relating to the above-captioned matter be served to the attention of David R. Fox.

Respectfully submitted:        January 15, 2021

By:    <u>/s/ *Sparkle L. Sooknanan*</u>
Sparkle L. Sooknanan
JONES DAY
51 Louisiana Ave. N.W.
Washington, D.C. 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
ssooknanan@jonesday.com

*Of Counsel:*

JONES DAY

Bruce Bennett
555 South Flower Street, 50th Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum
250 Vesey Street
New York, NY 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Beth Heifetz
Christopher J. DiPompeo
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
bheifetz@jonesday.com
cdipompeo@jonesday.com

**CERTIFICATE OF SERVICE**

I certify that on January 15, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to all ECF participants.

/s/ *Sparkle L. Sooknanan*
Sparkle L. Sooknanan